IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SADAKA DAVIS,                  )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )          2:15cv11-MHT
                               )              (WO)
RHONDA JONES HARDESTY,         )
                               )
     Defendant.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendant, a state court judge, lacked jurisdiction in a case involving plaintiff and accordingly violated plaintiff's right to due process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2015.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE